UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JUSTIN COYLE,<br><br>　　　　Defendant. | CR. 20-50110-03-KES<br><br>ORDER ADOPTING REPORT & RECOMMENDATION AND SENTENCING SCHEDULING ORDER |

　　　On May 20, 2022, defendant, Justin Coyle, appeared before Magistrate Judge Daneta Wollmann for a change of plea hearing. Magistrate Judge Wollmann issued an amended report recommending the court accept defendant's plea of guilty to the Superseding Information which charges conspiracy to distribute a controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846. Defendant and the government waived any objection to the report and recommendation. Upon review of the record in this case, it is

　　　ORDERED that the amended report and recommendation (Docket 166) is adopted in full, the plea is accepted, and the defendant is adjudged guilty of conspiracy to distribute a controlled substance.

　　　It is FURTHER ORDERED that the sentencing hearing in this matter is scheduled for August 19, 2022, at 11:00 a.m. at the Rapid City Federal Courthouse in Courtroom 2.

　　　Dated May 25, 2022.

　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　*/s/ Karen E. Schreier*
　　　　　　　　　　　　　　KAREN E. SCHREIER
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE